UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE CONTENTS OF J.P. MORGAN CHASE BANK ACCOUNT NO. 3998109715, THE CONTENTS OF J.P. MORGAN CHASE BANK ACCOUNT NO. 532012997, and THE CONTENTS OF CATHAY BANK ACCOUNT NO. 29157331 HELD IN THE NAME OF ROYAL CHRONOS LIMITED<br><br>Defendants. | ) | CIVIL NO.<br>JUDGE |

**<u>VERIFIED COMPLAINT *IN REM*</u>**

The United States of America, for its Complaint states, in accordance with Rule G(2) of the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as follows:

**<u>NATURE OF THE ACTION</u>**

1. In this *in rem* civil action, the United States of America seeks forfeiture of the following pursuant to 18 U.S.C. § 981(a)(1)(A) which authorizes forfeiture of any property, real or personal, involved in a transaction or attempted transaction in violation of 18 U.S.C. § 1956, or any property traceable to such property, and pursuant to 18 U.S.C. § 981(a)(1)(C) which authorizes forfeiture of any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 1343:

a. the contents of J.P. Morgan Chase Bank Account No. 3998109715, specifically $8,340.12;

b. the contents of J.P. Morgan Chase Bank Account No. 532012997, specifically $594,411.12; and

c. the contents of Cathay Bank Account No. 29157331 held in the name of Royal Chronos Limited, specifically $729,391.00

(collectively "Defendant Property").

**<u>THE DEFENDANT *IN REM*</u>**

2. The Defendant Property was seized on February 6, 2024 and January 16, 2024, respectively, in response to Federal Warrants to Seize Property Subject to Forfeiture as requested by Homeland Security Investigations and issued by United States Magistrate Judge Chip Frensley on January 10, 2024, under case numbers 24-MJ-2015, 24-MJ-2014 and 24-MJ-2016, respectively.

3. The Defendant Property is presently in the custody of Homeland Security Investigations.

**<u>JURISDICTION AND VENUE</u>**

4. Plaintiff brings this action *in rem* in its own right to forfeit and condemn the Defendant Property. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355(a).

5. Venue is proper in the Middle District of Tennessee pursuant to 28 U.S.C. § 1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred in the Middle District of Tennessee, and pursuant to 28 U.S.C. § 1395, because the Defendant Property is located in the Middle District of Tennessee.

6. Pursuant to 21 U.S.C. § 881(h) and 18 U.S.C. § 981(f), all right, title and interest in the Defendant Property vests in the United States at the time of the acts giving rise to the forfeiture.

## FACTS

7. The facts and circumstances supporting the forfeiture of the Defendant Property are contained in the Declaration of Homeland Security Investigations Special Agent Jeremy Leatherwood, a copy of which is attached hereto as Exhibit 1 and incorporated herein.

## PRAYER FOR RELIEF

WHEREFORE, the United States of America prays that the Clerk issue a Warrant for Arrest *In Rem,* pursuant to Federal Rules of Civil Procedure, Supplemental Rule G(3)(b)(i), for the Defendant Property and Plaintiff will execute the warrant upon the Defendant Property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

WHEREFORE, the United States of America prays that the Defendant Property be forfeited to the United States of America in accordance with the provisions of law; that notice of this action be given to all persons who reasonably appear to have an interest in the Defendant Property; that Plaintiff be awarded its costs in this action; and for such other necessary and equitable relief as this Court deems proper.

Respectfully submitted,

HENRY C. LEVENTIS
United States Attorney for the
Middle District of Tennessee

By: s/ J. Matthew Blackburn
J. MATTHEW BLACKBURN, B.P.R. # 027105
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203-6940
Telephone: (615) 736-5151
Email: matt.blackburn@usdoj.gov

**VERIFICATION**

I, Jeremy Leatherwood, Special Agent with Homeland Security Investigations, hereby verify and declare under penalty of perjury as provided by 28 U.S.C. § 1746, the following:

That I have read the foregoing Verified Complaint *In Rem* and know the contents thereof, and that the matters contained in the Verified Complaint are true to my own knowledge, except that those matters herein stated to be alleged on information and belief and as to those matters I believe them to be true.

The sources of my knowledge and information and the grounds of my belief are from information gathered by law enforcement officers, as well as my investigation of this case as a Special Agent with Homeland Security Investigations.

I hereby verify and declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this _____ day of June 2024 at Nashville, Tennessee.

Special Agent, Jeremy Leatherwood
Homeland Security Investigations